UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-5862 DOC (MRW) | Date | October 1, 2015 |
|---|---|---|---|
| Title | Cleveland v. Katavich | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| | Veronica McKamie | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
| | None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL

This is a state habeas action. A state jury convicted Petitioner for failure to register as a sex offender. On federal habeas review, Petitioner alleges 36 claims of error regarding his trial. (Docket # 1 at 5-6 and attachment.)

Judge Wilner screened the Petition pursuant to the federal rules governing habeas actions. (Docket # 3.) In his order, Judge Wilner addressed several significant problems with the Petition and gave Petitioner an opportunity to file a supplemental statement addressing those issues. The order cautioned Petitioner that his failure to file a timely response could result in dismissal pursuant to Federal Rule of Civil Procedure 41(b). To date, however, Petitioner has not complied with the Court's order.

In the interests of justice, the Court will give Petitioner one last chance. Petitioner is ordered to show cause why his case should not be dismissed pursuant to Rule 41 for failure to prosecute and failure to obey a Court order. Petitioner's response to the OSC <u>and</u> his supplemental statement addressing the issues raised in the Court's screening order are due by <u>October 23, 2015</u>.

**Failure to submit a timely response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**