# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ROBERT CLEVELAND,

               Petitioner,

        v.

JOHN KATAVICH, Warden,

               Respondent.

Case No. CV 15-5862 DOC (MRW)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

      Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report.  The Court accepts the findings and recommendation of the Magistrate Judge.

1    IT IS ORDERED that Claims 1, 2, 3, 5, and 6 in this action are dismissed

2  without prejudice; Petitioner's request for a <u>Kelly</u> stay is granted; and the matter is

3  referred back to the magistrate judge for further proceedings.

4

5

6  DATE: June 9, 2016

7  HON. DAVID O. CARTER
   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28