JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLEVELAND, <br> Petitioner, <br> v. <br> JOHN KATAVICH, Warden, <br> Respondent. | Case No. CV 15-5862 DOC (MRW) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: September 4, 2018

_/s/ David O. Carter_
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE